```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 20347
   BEVERLY A TATE
   KEITH EDWIN MINOR                           CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
          Debtor
    SSN XXX-XX-9960     SSN XXX-XX-4866

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/04/2008 and was not confirmed.

     The case was dismissed without confirmation 10/16/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
CITI MORTGAGE               CURRENT MORTG        .00           .00           .00
CITI MORTGAGE               MORTGAGE ARRE   7749.00            .00           .00
AMERICAN GENERAL FINANCE    SECURED VEHIC   7160.00            .00           .00
AMERICAN GENERAL FINANCE    UNSEC W/INTER NOT FILED            .00           .00
ARONSON FURNITURE           SECURED          486.00            .00           .00
ARONSON FURNITURE           UNSEC W/INTER NOT FILED            .00           .00
ST JOHNS HOSPITAL           UNSEC W/INTER NOT FILED            .00           .00
ST JOHNS HOSPITAL           UNSEC W/INTER NOT FILED            .00           .00
FOUNDATION EMERGENCY        UNSEC W/INTER NOT FILED            .00           .00
EMERGENCY MEDICAL SPECIA    UNSEC W/INTER NOT FILED            .00           .00
EMERGENCY MEDICAL SPECIA    UNSEC W/INTER NOT FILED            .00           .00
FOUNDATION EMERGENCY        UNSEC W/INTER NOT FILED            .00           .00
FOUNDATION EMERGENCY        UNSEC W/INTER NOT FILED            .00           .00
EMERGENCY MEDICAL SPECIA    UNSEC W/INTER NOT FILED            .00           .00
CHECK N GO                  UNSEC W/INTER NOT FILED            .00           .00
CITY OF CHICAGO PARKING     UNSEC W/INTER    450.00            .00           .00
CITY OF CHICAGO PARKING     UNSEC W/INTER NOT FILED            .00           .00
CITY OF CHICAGO WATER DE    UNSEC W/INTER NOT FILED            .00           .00
FIRST NATIONAL BANK         UNSEC W/INTER NOT FILED            .00           .00
PEOPLES GAS                 UNSEC W/INTER NOT FILED            .00           .00
HFC                         UNSEC W/INTER NOT FILED            .00           .00
CHICAGO IMAGING ASSOCIAT    UNSEC W/INTER NOT FILED            .00           .00
COTTAGE EMERGENCY PHYSIC    UNSEC W/INTER NOT FILED            .00           .00
COTTAGE EMERGENCY PHYSIC    UNSEC W/INTER NOT FILED            .00           .00
CRANDON EMERGENCY PHYSIC    UNSEC W/INTER NOT FILED            .00           .00
COTTAGE EMERGENCY PHYSIC    UNSEC W/INTER NOT FILED            .00           .00
SURETY FINANCIAL SERVICE    UNSEC W/INTER NOT FILED            .00           .00
CENTRAL IL EMER PHYS        UNSEC W/INTER NOT FILED            .00           .00
MONTEREY COLLECTIONS        UNSEC W/INTER    486.10            .00           .00
ROBERT J SEMRAD & ASSOC     DEBTOR ATTY     3,351.50                         .00
TOM VAUGHN                  TRUSTEE                                          .00
DEBTOR REFUND               REFUND                                           .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 20347 BEVERLY A TATE & KEITH EDWIN MINOR
```

```
                          RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                          ---------------    ---------------
TOTALS                         .00                    .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
   Dated: 01/27/09             _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE